E-filed 2/8/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NORMAN STRILEY,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>         Defendant. | Case No.16-cv-07233-HRL<br><br>**JUDGMENT** |

On February 8, 2017, the court granted defendant's motion to dismiss all claims in plaintiff's complaint and denied leave to amend.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 2/8/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge